# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| PHILLIP HYLANDER, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:22-cv-44 |
| | * | |
| v. | * | |
| | * | |
| WARDEN, FCI JESUP, | * | |
| | * | |
| Respondent. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 20. Petitioner Phillip Hylander ("Hylander") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. Thus, the Court **GRANTS** Respondent's Motion to Dismiss, **DENIES in part** and **DISMISSES without prejudice in part** Hylander's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of

AO 72A
(Rev. 8/82)

dismissal, and **DENIES** Hylander *in forma pauperis* status on appeal.

**SO ORDERED**, this 22 day of February, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA